IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jennings, Alice

Printed: 01/22/09

Case Number: 07 B 20609
Judge: Wedoff, Eugene R
Filed: 11/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: January 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,200.00 |  |
| Secured: |  | 1,385.21 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,624.40 |
| Trustee Fee: |  | 190.39 |
| Other Funds: |  | 0.00 |
| Totals: | 3,200.00 | 3,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 3,000.00 | 1,624.40 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 3,000.00 | 400.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 13,668.68 | 985.21 |
| 5. | Capital One | Unsecured | | No Claim Filed |
| 6. | SBC | Unsecured | | No Claim Filed |
| 7. | Direct Tv | Unsecured | | No Claim Filed |
| 8. | Gleason & MacMaster | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 11. | MCI Telecommunications | Unsecured | | No Claim Filed |
| | | | $ 19,668.68 | $ 3,009.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 86.39 |
| 6.5% | 104.00 |
|  | $ 190.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Jennings, Alice | Case Number:  07 B 20609 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  11/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

